**FILED**
NOV - 3 2009
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

| | |
|---|---|
| TIM AND CARLA GEFFRE ON BEHALF OF S.G., | File No. 06-1047 |
| Plaintiff, | SATISFACTION OF JUDGMENT |
| vs. | |
| LEOLA SCHOOL DISTRICT 44-2, | |
| Defendant. | |

---

WHEREAS, a judgment was entered in the above action on the 28th day of September, 2009, in favor of Plaintiff Tim and Carla Geffre on behalf of S.G. and against Defendant Leola School District 44-2 in the amount of $21,500.00 with costs to be taxed, and costs in the amount of $1,202.42 having been taxed on the 28th day of September, 2009, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Sioux Falls, South Dakota

October 30, 2009

SOUTH DAKOTA ADVOCACY SERVICES

By: _____
John A. Hamilton
Attorney for Tim and Carla Geffre on behalf of S.G.
2121 West 63rd Place, Suite 30
Sioux Falls, SD 57108-5060
1 605 361-7438

STATE OF SOUTH DAKOTA   )
                                                    )ss
COUNTY OF MINNEHAHA   )

On the 30th day of October, 2009, before me personally came John A. Hamilton to me known and known to be a member of the firm of South Dakota Advocacy Services, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public, South Dakota

My Commission Expires: 11/17/2010

2